Same case below, 408 Fed. Appx. 331.

**No. 11-222. Lidia Pavolovna Panchenko, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 945, 132 S. Ct. 422, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7257.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-225. R. O., a Minor, by His Parent and Guardian Jonathan Ochshorn, et al., Petitioners v. Ithaca City School District, et al.**

565 U.S. 945, 132 S. Ct. 422, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7347.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 645 F.3d 533.

**No. 11-227. Syrian Arab Republic, Petitioner v. Francis Gates, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, Jr., et al.**

565 U.S. 945, 132 S. Ct. 422, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7352.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 396 U.S. App. D.C. 128, 646 F.3d 1.

**No. 11-230. Kien-Peng Ciu and Suryani Jung, Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 945, 132 S. Ct. 423, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7417.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 418 Fed. Appx. 36.

**No. 11-240. Arthur West, Petitioner v. Sam Reed, Secretary of State of Washington, et al.**

565 U.S. 945, 132 S. Ct. 423, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7370.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 170 Wash. 2d 680, 246 P.3d 548.

**No. 11-241. Arthur West, Petitioner v. John Doe #1, et al.**

565 U.S. 945, 132 S. Ct. 423, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7321.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-251. Richard Wallace, Petitioner v. United States.**

565 U.S. 945, 132 S. Ct. 424, 181 L. Ed. 2d 261, 2011 U.S. LEXIS 7315.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.